UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-00086-D-BM-1

UNITED STATES OF AMERICA

v.

ZION SELAH BATTLE

**ORDER**

On motion of the Defendant, and for good cause shown, it is hereby ORDERED that the

document at Docket Entry #36 be sealed until further notice by this Court, except that copies may

be provided to the Assistant United States Attorney and Counsel for the Defendant.

SO ORDERED.
This __13__ day of March, 2026.

_____
Judge James C. Dever III
United States District Judge